### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MOHAMED KABA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CASE NO. 4:12-cv-1136-KOB-PWG |
| ) | |
| ERIC HOLDER, Jr., Attorney General, et al., ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM OPINION

The Petitioner, Mohamed Kaba, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Petitioner claims that he is being illegally detained by the Respondents pending his removal from the country and that he is due to be released from custody.  The Respondents have filed a motion to dismiss this matter as being moot (doc. 3).  Upon consideration, the Respondents' motion to dismiss is due to be GRANTED.

In support of their motion to dismiss, the Respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by the Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility in Gadsden, Alabama (doc. 3 Exh. 1).  In that declaration, the Respondents assert that the Petitioner was released under an order of supervision on April 24, 2012.  As a result, the Petitioner's habeas claim for release under an order of supervision or for repatriation is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'").

Based on the foregoing, the court GRANTS the Respondents' motion to dismiss this action as moot (doc. 3).  The court will enter a separate, final order.

**DONE** and ORDERED this 8th day of May, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE